IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMETRIUS M. BOYD,

    Petitioner,  JUDGMENT IN A CIVIL CASE

v.  Case No. 15-cv-718-wmc

GARY BOUGHTON,

    Respondent.

This action came for consideration before the court with Magistrate Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Demetrius Boyd's petition for a writ of habeas corpus under 28 U.S.C. § 2254 for lack of authorization as second or successive petition.

| /s/ | 5/16/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |